UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY E. STREETER,<br><br>                      Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Defendant. | NO: CV-10-242-RMP<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS |

Before the Court is a motion by Defendant, the United States of America ("United States"), for an order dismissing the above-captioned case.

The Court has reviewed the United States' motion to dismiss, ECF No. 9, and supporting documents, ECF Nos. 10, 11, 12, and the United States' notice of plaintiff's death, ECF No. 14. Having reviewed said motion and the file, the Court finds good cause to grant the motion. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Defendant's motion to dismiss, **ECF No. 9** is **GRANTED**.

/ /

/ /

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ~ 1

2. The District Court Executive is directed to enter this Order, **CLOSE THE FILE**, and forward a copy to counsel.

**DATED** this 28th day of December, 2012.

                                      *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                  Chief United States District Court Judge

ORDER GRANTING DEFENDANT'S MOTION TO DISMISS ~ 2